IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ZAMAN ASHRAF,

     Plaintiff,

v.                        Civil Action No. 3:12CV908

PETER S. DUFFY, et al.,

     Defendant.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that:

1. The Report and Recommendation is accepted and adopted;
2. The action is dismissed without prejudice as legally frivolous; and,
3. The Clerk is directed to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Ashraf desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send the Memorandum Opinion and Order to Ashraf.

And it is so ORDERED.

                         /s/ REP

Date: July 21, 2014
Richmond, Virginia

Robert E. Payne
Senior United States District Judge